UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MAZELIA A. ROSS

                                               :           Civil Action   08-4418 (SDW)

      Plaintiff,                      :

        -vs-                          :           ORDER

COMMISSIONER OF SOCIAL      :
SECURITY,
                                          :
      Defendant.
                                          :


Upon reading the affidavit of Plaintiff requesting that he/she be permitted to proceed *in forma pauperis*:

IT IS on this 8th day of September, 2008;

ORDERED that Plaintiff be permitted to proceed without prepayment of fees or costs or security therefor, in accordance with Section 1915 (a), Title 28, United States Code and it is further

ORDERED that the Clerk shall file the Complaint without prepayment of the filing fee.

_____
U.S.D.J.